**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| Dominick Marcigliano Jr. aka Domenic Marcigliano | BKY. NO. 18-10637 REF |
| <u>Debtor</u> | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of VW Credit, Inc. and index same on the master mailing list.

                      Respectfully submitted,

                      **<u>/s/ Rebecca A. Solarz, Esquire</u>**
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322 FAX (215) 627-7734