Certificate Number: 01401-PAE-DE-030785975

Bankruptcy Case Number: 18-10637



01401-PAE-DE-030785975

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 27, 2018, at 6:01 o'clock PM EDT, Dominick Marcigliano completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    March 27, 2018             By:    /s/Jeremy  Lark

Name:    Jeremy  Lark

Title:    FCC Manager